■ In the Matter of GEORGE GINTHER, Appellant, v MARY O'GRADY GINTHER, Respondent. (Appeal No. 2.) [782 NYS2d 388]— Appeal from an order of the Family Court, Erie County (James H. Dillon, J.), entered January 10, 2003. The order denied petitioner's objections to the Hearing Examiner's order granting respondent's motion for an award of counsel fees.

■ In the Matter of GEORGE GINTHER, Appellant, v MARY O'GRADY GINTHER, Respondent. (Appeal No. 3.) [782 NYS2d 388]— Appeal from an order of the Family Court, Erie County (James H. Dillon, J.), entered December 3, 2003. The order denied petitioner's motion for sanctions and settled the record on appeal.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Matter of Bonnie RR.*, 141 AD2d 931, 932 [1988]). Present—Pigott, Jr., P.J., Green, Pine and Hurlbutt, JJ.